# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

v.                                                            CRIM. NO. 24-170 (RAM)

**ERNESTO CARABALLO BROOKS**

Defendant.

## ORDER OF DETENTION

Defendant was on conditions of supervised release pending trial. See Docket No. 117. On April 4, 2025, the United States Probation Office filed a motion informing of Defendant's violations of his conditions of bail. Docket No. 472. Summons was issued and an Initial Appearance on revocation proceedings was set for April 14, 2025. Docket No. 476. The case was called and Defendant failed to appear. Docket No. 488. An arrest warrant for Defendant was issued. Docket No. 489.

The case was called for a bail revocation hearing. The Government moved for the revocation of bail and Defendant informed that he would not contest the revocation proceedings. Pursuant to the Bail Reform Act, the Court "shall enter an order of revocation and detention if, after a hearing," the Court finds (1) probable cause to believe that the defendant committed a crime while on release, or clear and convincing evidence that the defendant violated any other condition of release,

1

and that (2) no conditions will reasonably assure that the defendant will not flee or pose a danger or the person is unlikely to abide by conditions of release. 18 U.S.C. § 3148(b). Defendant did not contest the allegations at Docket No. 472. There is thus probable cause that Defendant incurred in new criminal conduct as alleged therein. Defendant failed to appear for revocation proceedings after being summoned. There are thus no conditions of release to reasonably assure that he does not pose a risk of flight and it is unlikely that he will abide by conditions of release. Defendant's bail is revoked and Defendant is ordered detained pending trial.

    IT IS SO ORDERED.
In San Juan, Puerto Rico, this 24th day of November, 2025.

                                           s/ Giselle López-Soler
                                           GISELLE LÓPEZ-SOLER
                                           United States Magistrate Judge